MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
PATRICK R. HULBERT
Nevada Bar No. 15570
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
Tel: (702) 889-6400
Fax: (702) 384-6025
Email: efile@hallprangle.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AISSLYN VA'A, individually; TARITA JONES, Individually; <br><br> Plaintiffs, <br><br> vs. <br><br> GREAT AMERICAN ALLIANCE INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO. 2:26-cv-00339-MMD-DJA <br><br> **ORDER GRANTING** <br> **STIPULATION AND ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between the parties through their respective counsel that all claims by AISSLYN VA'A and TARITA JONES against Defendant GREAT AMERICAN ALLIANCE INSURANCE COMPANY shall be dismissed, with prejudice, from the instant litigation in case 2:26-cv-00339-MMD-DJA, with each party to bear their own attorneys' fees and costs.

///

///

///

///

*Jones v. Great American Alliance Insurance Company*
*Case No. 2:26-cv-00339-MMD-DJA*

The stipulation resolves all claims by all parties in this action.

**IT IS SO STIPULATED.**

DATED: April 17, 2026

HALL PRANGLE LLC

*/s/ Mari Schaan*

MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
PATRICK R. HULBERT
Nevada Bar No. 15570
1140 North Town Center Dr., Ste. 350
Las Vegas, NV  89144
*Attorneys for Defendant*

DATED: April 17, 2026

ER INJURY ATTORNEYS

JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
1700 S. Pavillion Center Dr., Ste 530
Las Vegas, NV 89135
*Attorney for Plaintiffs*

### ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED all claims by Plaintiffs AISSLYN VA'A and TARITA JONES against Defendant GREAT AMERICAN ALLIANCE INSURANCE COMPANY, are dismissed with prejudice from this case, and each party shall bear their own costs and fees. This case shall be dismissed in its entirety.

**IT IS SO ORDERED.**

DATED:  April 20, 2026

_____
UNITED STATED DISTRICT JUDGE

Respectfully submitted by:

HALL PRANGLE LLC

*/s/ Mari Schaan, Esq.*
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
PATRICK R. HULBERT
Nevada Bar No. 15570
1140 North Town Center Dr., Ste. 350
Las Vegas, NV  89144
*Attorneys for Defendant*

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025